Cause No. CV9282

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>Plaintiff, | §<br>§<br>§ | IN THE COUNTY COURT |
| v. | §<br>§ | AT LAW |
| MARY EDMINSTON, ROBERT<br>ROBINS AND ALL OCCUPANTS<br>OF 186 TARRANT ROAD,<br>BULLARD, TEXAS 75757<br>Defendants. | §<br>§<br>§<br>§<br>§ | CHEROKEE COUNTY, TEXAS |

## ORDER ON PLAINTIFF'S PLEA TO THE JURISDICTION AND MOTION FOR SUMMARY JUDGMENT

On this date came on for consideration Plaintiff's Plea to the Jurisdiction and Motion for Summary Judgment. The Court has considered the plea and summary judgment evidence presented and the briefing and arguments of counsel and hereby **GRANTS** Plaintiff's motion.

**IT IS ORDERED** that Defendants counterclaims against Plaintiff Wells Fargo are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to possession of the premises described in Plaintiff's Original Petition for Forcible Detainer, and have restitution, for which let writ issue, of the premises commonly known as 186 Tarrant Road, Bullard, Texas 75757, and legally described, as:

> BEING 1.028 ACRES LYING AND SITUATED IN THE ABSALOM GIBSON SURVEY, ABSTRACT NO. 22, CHEROKEE COUNTY, TEXAS, AND MORE PARTICULARLY BEING A PART AND OUT OF THAT CERTAIN CALLED 43.57 ACRE TRACT AS DESCRIBED IN DEED FROM PEGGY MARTIN SCHAEFER TO JAMES MICHAEL TARRANT, DATED OCTOBER 27, 1995 AND RECORDED IN VOLUME 1287, PAGE 345 OF THE OFFICIAL RECORDS, CHEROKEE COUNTY, TEXAS, SAID 1.028 ACRES BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
>
> BEGINNING AT A THE SOUTHWEST CORNER OF TRACT 23 - 1.028

ACRES IN THE CENTER OF A 50' ROAD EASEMENT, FROM A 3/8" STEEL ROD AT THE PRESENT SOUTHWEST CORNER OF THE ABOVE DESCRIBED CALLED 43.57 ACRE TRACT BEARS NORTH 89 DEG. 49' 39" WEST, A DISTANCE OF 321.55 FEET AND THEN SOUTH 00 DEG. 43' 23" WEST, A DISTANCE OF 335.69 FEET, AND A 3/8" STEEL ROD (FND.) FOR REFERENCE CORNER BEARS SOUTH 88 DEG. 18' 51" EAST, 25.00 FEET;

THENCE NORTH 00 DEG. 10' 21" EAST, WITH THE CENTER OF SAID 50' ROAD EASEMENT, A DISTANCE OF 174.00 FEET TO THE NORTHWEST CORNER OF THE SAME, FROM WHICH A 3/8" STEEL ROD (FND.) FOR REFERENCE CORNER BEARS SOUTH 89 DEG. 49' 39" EAST, 25.00 FEET;

THENCE SOUTH 89 DEG. 49' 39" EAST, A DISTANCE OF 252.50 FEET TO A 3/8" STEEL ROD (FND.) FOR THE NORTHEAST CORNER OF THE SAME;

THENCE SOUTH 00 DEG. 10' 21" WEST, A DISTANCE OF 180.67 FEET TO A 3/8" STEE ROD (FND.) FOR THE SOUTHEAST CORNER OF THE SAME;

THENCE NORTH 88 DEG. 18' 51" WEST, A DISTANCE OF 252.59 FEET TO THE PLACE OF BEGINNING, AND CONTAINING 1.028 ACRES OF LAND, MORE OR LESS.

IT IS FURTHER ORDERED that plaintiff recover from the Defendant(s) costs of court, for which let execution issue.

ALL RELIEF NOT EXPRESSLY GRANTED HEREIN IS DENIED.

SIGNED this 24th day of June, 2014.

FILED
at 1:05 o'clock P M.

JUN 25 2014

LAVERNE LUSK
CLERK, COUNTY COURT CHEROKEE CO., TX
By _____ BH _____ Deputy

_____
JUDGE PRESIDING